Trust Company of Chicago, administrator of the estate of Rush F. Vass, deceased, appellee, v. Edward M. Craig, appellant. Gen. No. 37,836.

Opinion filed January 28, 1935. Rehearing denied February 11, 1935.

A. G. Dicus, for appellant. Francis W. Marshall and William Gillespie, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

R. F. Wilson and Company, appellant, v. T. M. White Company, appellee. Gen. No. 37,459.

Opinion filed February 1, 1935.

Cassels, Potter & Bentley, for appellant; Kenneth B. Hawkins and Richard Bentley, of counsel. Schuyler, Weinfeld & Hennessy, for appellee; Henry E. Jacobs and Thomas J. Downs, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Frank Gallo, appellee, v. Metropolitan Life Insurance Company, appellant. Gen. No. 37,468.

Opinion filed February 1, 1935.

Hoyne, O'Connor & Rubinkam, for appellant. A. E. Golan and Samuel L. Golan, for appellee; Samuel L. Golan, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Genevieve Kennedy, appellee, v. Frank E. Carey, appellant. Gen. No. 37,493.

Opinion filed February 1, 1935.

John A. Bloomingston, for appellant. H. H. Patterson, for appellee; Edmund C. Maurer, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Acorn Building and Loan Association, appellant, v. Charles Spalenka and Anna Spalenka, appellees. Gen. No. 37,507.